ORIGINAL

FILED
FEB 21 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EKCO ENTERPRISES, INC. and THE PHILANTHROPY GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, SECRETARY OF AGRICULTURE MIKE JOHANNS, and NATIONAL PORK BOARD,<br><br>Defendants. | No. 07-120-C |

**COMPLAINT**

COMES NOW Plaintiffs, EKCO Enterprises, Inc. and The Philanthropy Group, Inc., and in support of their cause of action against all Defendants state as follows:

1. The Plaintiffs, EKCO Enterprises, Inc. (hereinafter referred to as "EKCO") and The Philanthropy Group, Inc. (hereinafter referred to as "Group"), are Iowa corporations with their primary place of business in Des Moines, Iowa.

2. The United States Department of Agriculture (hereinafter referred to as "USDA") is responsible for implementing the agricultural policies of the United States. The USDA is a branch of the United States Government.

3. USDA is headed by Secretary of Agriculture Mike Johanns.

4. The Food Security Act of 1985 provides, in part, for creation of a 15-member National Pork Board (hereinafter referred to as "Board") which has the express purposes of developing and implementing programs that fulfill the statutory mandates of promotion, research, and the provision of consumer information.

5. This Court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. section 1491(a), in that the claims of EKCO and the Group are claims against the United States founded upon an express or implied contract with a branch, division, or representative of the United States Government.

6. EKCO and the Group, commencing in April 2003, started working with the Board concerning various projects.

7. In December 2003, the scope of services was extended between EKCO, the Group and Board.

8. EKCO and the Group provided services under various contracts between the Group and Board throughout 2004 including additional work, expenses and contracts in 2004.

9. On December 22, 2004, an agreement was reached to again continue and expand the services by EKCO and the Group to the Board.

10. The intent of EKCO, the Group and the Board was to enter into four contracts for the year 2005. Both EKCO and the Group were to provide services to the Board in 2005.

11. Exhibit A(1) attached hereto is a contract between the Group and the Board executed by the board on January 14, 2005. The Board affirmed to the Group that said contract was approved by the USDA, and that said approval was required prior to the Board commencing work or making payments under this contract. The Group was to provide to the Board external fund development consulting and services. This contract renewed and expanded the external fund development consulting and services that were provided by the Group to the Board in 2004, pursuant to previously executed contracts between the parties.

12. The Board in Exhibit A(1) was subject to a 180-day termination agreement that was specifically discussed and negotiated by the parties because of the investment on the part of the Group and the demands of the Board.

13. Exhibit A(1) is a contract for a specifically defined project and is not a contract that requires a statement of work. The time period of the contract is from January 2005 to December 2005.

14. Exhibit A(1) is a continuation of work. The Group and the National Pork Board entered into two previous contracts. The first contract was for the time period from December 2003 to June 2004 marked Exhibit A(3). The second contract between the parties was for the time period July 2004 through December 2004 marked Exhibit A(2). All provisions of the two previous contracts Exhibits A(2) and A(3) were complied with by the National Pork Board.

15. Exhibit B attached hereto is a contract between the Group and the Board executed by the Board on January 14, 2005. This contract is a general contract that requires future statements of work. The Board affirmed to Group that said contract was approved by the USDA, and that said approval was required prior to the Board commencing work or making payments under this contract. The Group agreed to provide to the Board fund-development consulting project-based services regarding fund-development culture transformation, capacity building and impact expansion.

16. Exhibit C attached hereto is a general contract between EKCO and the Board executed by the Board on January 14, 2005. The Board affirmed to EKCO that said contract was approved by the USDA, and that said approval was required prior to the Board commencing work or making payments under this contract. EKCO was to provide management consulting and organization development counsel and services regarding organization-culture

transformation, capacity building and impact expansion. This contract is a general contract that requires future statements of work.

17. Exhibit D attached hereto is a contract between EKCO and the Board executed by the board on January 14, 2005. The Board affirmed to EKCO that said contract was approved by the USDA, and that said approval was required prior to the Board commencing work or making payments under this contract. The Board agreed to retain EKCO to provide fund development and grants coordination administration assistance and executive assistance.

18. Exhibits A, B, C and D are four different contracts.

19. The Board has breached its agreement with the Group as to the terms and conditions set forth in Exhibit A(1).

20. The Board has failed to pay the Group all monies due and owing pursuant to the terms of Exhibit A(1).

21. The Board failed to give the Group a valid notice of termination as provided for in Section XII of Exhibit A(1).

22. As a proximate cause of the breach of the terms and conditions of Exhibit A(1) by the Board, the Group has suffered damages. The balance owed pursuant to the contract is $180,000 which is the balance of the project fee plus consequential damages. The Group has demanded payment pursuant to the contract. The Board has refused to make payment.

23. Exhibit A(1), Section XIII contains an arbitration and mediation provision.

23. Demand has been made upon the Board to proceed to arbitration. The Board has refused arbitration. The Board has again breached the terms and conditions in Exhibit A(1).

WHEREFORE the Plaintiffs, EKCO Enterprises, Inc. and The Philanthropy Group, Inc., pray that the Court order the Defendants, United States Department of Agriculture, Secretary of Agriculture Mike Johanns, and National Pork Board, to arbitrate the breach of contract (Exhibit A(1)), or in the alternative, enter a judgment against the Defendants, United States Department of Agriculture, Secretary of Agriculture Mike Johanns, and National Pork Board, in the amount of $180,000 plus consequential damages and any other relief the Court deems just and proper.

WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309
Telephone: (515) 288-6041
Fax: (515) 246-1474
E-mail: reavely@whitfieldlaw.com

By ______________________
Thomas S. Reavely AT0006574

ATTORNEYS FOR PLAINTIFFS, EKCO ENTERPRISES, INC. and THE PHILANTHROPY GROUP, INC

Original Filed.