FILED
FEB 21 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EKCO ENTERPRISES, INC. and<br>THE PHILANTHROPY GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, SECRETARY OF AGRICULTURE MIKE JOHANNS, and NATIONAL PORK BOARD,<br><br>Defendants. | No. 07-120-C |

**DISCLOSURE STATEMENT**

COMES NOW Plaintiffs, EKCO Enterprises, Inc. and The Philanthropy Group, Inc., pursuant to Rule 7.1 Disclosure Statement state there are no parent corporations and no publicly held corporation owns stock in EKCO Enterprises, Inc. or The Philanthropy Group, Inc.

WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309
Telephone: (515) 288-6041
Fax: (515) 246-1474
E-mail: reavely@whitfieldlaw.com

By ______________________
Thomas S. Reavely AT0006574

ATTORNEYS FOR PLAINTIFFS, EKCO ENTERPRISES, INC. and THE PHILANTHROPY GROUP, INC

Original Filed.