IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ECKO ENTERPRISES, INC. and<br>THE PHILANTHROPY GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 07-120C<br>(Judge Firestone) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including May 23, 2007, to file a response to the complaint. Our response is currently due on April 23, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with Thomas S. Reavely, plaintiffs' counsel, about this enlargement of time, who stated that he does not oppose this enlargement.

The enlargement is requested because the Government needs additional time to further consult with the agency and prepare an appropriate response to the complaint. Undersigned counsel of record for defendant received the litigation report required by 28 U.S.C. § 520 from agency on April 16, 2007. As a result of initial discussions between defendant's counsel and agency counsel, it became apparent that additional factual investigations and legal research would be required for the Government to prepare its response. The additional time is necessary for defendant's counsel to conduct this investigation and research, as well as draft an appropriate response to the complaint, incorporate comments of agency counsel, and obtain review of our response.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 30 days, to and including May 23, 2007, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

April 18, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 18th day of April, 2007, a copy of the Defendant's Unopposed Motion For An Enlargement Of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore