# In the United States Court of Federal Claims

**No. 07-120C**
**(Filed: April 19, 2007)**

* * * * * * * * * * * * * * * * *

**EKCO ENTERPRISES, INC., and THE PHILANTHROPY GROUP, INC.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed April 18, 2009, for a 30-day enlargement of time within which to respond to plaintiffs' complaint is **GRANTED**. Accordingly, defendant shall file its response by **Wednesday, May 23, 2007**

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_

cc: ADR Judge Hodges