IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EKCO ENTERPRISES, INC. and<br>THE PHILANTHROPY GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES<br><br>Defendant. | No. 07-120C<br>(Judge Firestone) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COME NOW the parties of record, pursuant to RCFC 41(1), and file this Stipulation of Dismissal Without Prejudice.

Respectfully Submitted,

WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309
Telephone: (515) 288-6041
Fax: (515) 246-1474
E-mail: reavely@whitfieldlaw.com

/s/ Thomas S. Reavely
Thomas S. Reavely AT0006574

ATTORNEY FOR PLAINTIFFS

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L. Street, N.W., 8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7576
Facsimile: (202) 514-8624

ATTORNEYS FOR DEFENDANT

Original Filed.

Certificate of Filing

I hereby certify that on this 15th day of June, 2007, a copy of the Stipulation of Dismissal Without Prejudice was filed electronically, I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Thomas S. Reavely
Thomas S. Reavely